

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00155-CR

| | | |
|---|---|---|
| MANUEL ALEJANDRO GARZA, Appellant | § | On Appeal from the 371st District Court |
| | § | of Tarrant County (1548886D) |
| v. | § | February 17, 2022 |
| | § | Memorandum Opinion by Justice Birdwell |
| THE STATE OF TEXAS | § | (nfp) |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment and the attached Order to Withdraw Funds are modified to delete the $228 fine and the $25 time-payment fee without prejudice to future assessment if, more than thirty days after mandate issues, Manuel Alejandro Garza has failed to fully pay any fine, court cost, or restitution imposed. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS


By  /s/ Wade Birdwell
     Justice Wade Birdwell